E-FILED on    8/24/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS, CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-J2 MORTGAGE PASSTHROUGH CERTIFICATES,<br><br>            Plaintiff,<br><br>    v.<br><br>DEANNE BREWER and DOES I through X, Inclusive,<br><br>            Defendants. | No. C-12-03179 RMW<br><br><br><br><br>ORDER RE PENDING MOTIONS<br><br><br>**[Re Docket Nos. 13, 16]** |

Defendants have filed an Ex Parte Motion for an Order to Compel Plaintiff's Attorney to Submit a Verified Affidavit to This Court Stating Whether or Not They Are Representing a Plaintiff That Is Recognized by the California Secretary of State (Dkt. No. 13) and an Ex Parte Motion for an Order to Dismiss Due to the Fact that Plaintiff Is Not Recognized by the California Secretary of State (Dkt. No. 16).  However, there is a pending motion to remand in which plaintiff argues that this court lacks removal jurisdiction (Dkt. No. 12).  If the court lacks subject matter jurisdiction, it does not have the power to adjudicate the case on the merits or even to dismiss it for plaintiff's alleged lack of standing.  Thus, the court defers ruling on defendants' motions until the motion to

ORDER RE PENDING MOTIONS—No. C-12-03179 RMW
LJP

1 remand and the issue of jurisdiction have been resolved. The motion to remand is presently set to be
2 heard on Friday, August 31, 2012 at 9:00 a.m.

3       Plaintiff filed its motion to remand on July 24, 2012, so defendants' opposition was due
4 seventeen (17) days later on August 10, 2012. *See* Civil L.R. 7-3(a) (opposition due 14 days after
5 motion is served and filed); Fed. R. Civ. P. 6(d) (3 extra days for service by mail). To date,
6 defendants have not filed an opposition. In their latest filing, defendants state they "do not feel that
7 an answer [to plaintiff's motion to remand] is required until/ unless Plaintiff can provide evidence
8 that it is indeed registered and recognized by the office of the California Secretary of State." Dkt.
9 No. 16 at 2:22-26. However, as explained above, the court must rule on the motion to remand
10 before it can address defendants' arguments about standing. In light of the circumstances, and in
11 consideration of defendants' pro se status, the court will accept an opposition out of time, so long as
12 defendants file it by the end of the day on Wednesday, August 29, 2012. Defendants may also
13 present oral argument at the hearing.

DATED:     August 24, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER RE PENDING MOTIONS—No. C-12-03179 RMW
LJP                                                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA, ET AL., | Case Number: CV12-03179 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DEANNE BREWER, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deanne Brewer
369 Bellevue Avenue
#104
Oakland, CA 94610

Spencer Brown
1303 Chewpon Avenue
Milpitas, CA 95035

Dated: August 24, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk